IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DENNIS R. FLANAGAN,
    Plaintiff,

vs.                              Case No. 3:08cv204/RV/EMT

MARK SHIPMAN, et al.,
    Defendants.
_____/

## O R D E R

    This matter is before the court on Plaintiff's "Motion to Compel Institutional Officer to Comply with Court's Ordered Deadline of Initial Partial Payment . . ." (Doc. 8), which will be construed as a motion to extend the deadline for submitting the initial partial filing fee. By order of this court dated May 22, 2008, Plaintiff was directed to submit payment of an initial partial filing fee in the amount of $6.83 on or before June 23, 2008 (*see* Doc. 6). In the instant motion, Plaintiff states that he received a deposit into his inmate trust fund account on May 29, 2008, for the purpose of paying his initial filing fee (Doc. 8). On June 2, 2008, Plaintiff submitted a request to the legal mail supervisor for funds to be withdrawn from his account in the amount of $6.83 (*id.*). Plaintiff has not received a receipt confirming that the court has received the partial filing fee, and therefore, Plaintiff has filed the instant motion to "avoid defaulting on this court's order" (*id.*). The court will grant Plaintiff's motion <u>only to the extent that the deadline for payment of the initial partial filing fee of $6.83 shall be extended by thirty (30) days</u>.

    Accordingly, it is **ORDERED**:

    Plaintiff's "Motion to Compel Institutional Officer to Comply with Court's Ordered Deadline of Initial Partial Payment . . ." (Doc. 8), construed as a Motion for Extension of Time to Pay the Initial Partial Filing, is **GRANTED** to the extent that Plaintiff shall submit the initial partial filing fee in the amount of $6.83 on or before **July 23, 2008**.

    **DONE AND ORDERED** this <u>26</u>th day of June 2008.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**