# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DENNIS ROBERT FLANAGAN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 3:08cv204-RV/WCS**

**MARK SHIPMAN,**

    **Defendant.**

_____

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2009. Doc. 69. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss, doc. 58, is **DENIED in part and GRANTED in part**. The motion is granted to the extent that any request for monetary damages is limited to nominal damages pursuant to 42 U.S.C. § 1997e(e), otherwise the motion is **DENIED**. The case is **REMANDED** to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED this 20th day of November, 2009.**

*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**