**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DENNIS ROBERT FLANAGAN,**

    Plaintiff,

vs.                                    Case No. 3:08cv204-RV/WCS

**MARK SHIPMAN,**

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 3, 2010. Doc. 114. The parties have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The Defendant's motion for summary judgment, doc. 98, is **GRANTED** on all of Plaintiff's claims and the Clerk shall enter judgment in the Defendant's favor.

**DONE AND ORDERED** this 12th day of January, 2011.

                                                */s/ Roger Vinson*
                                              **ROGER VINSON
                                              Senior United States District Judge**